UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-20219-CIV-MORENO**

CLAUDELLE  BELFLEUR,  on
behalf  of  himself  and  other
employees similarly situated,

      Plaintiff,

vs.

SALMAN  MAINTENANCE
SERVICE,  INC.  a  Florida
corporation  d/b/a  SALMAN
LANDSCAPE SERVICES; ARBOR
TECH OF MIAMI, INC., a Florida
corporation; and MARIO SALMAN,

      Defendants.

_____

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO PERMIT PLAINTIFFS TO FILE MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion to Permit Plaintiffs to File

Motion for Summary Judgment **(D.E. No. 61)**, filed on **September 11, 2007**.

On **June 4, 2007** this Court ordered that the final deadline for Motions for Summary

Judgment was **September 10, 2007**.  This was an extension from the original deadline of **June**

**29, 2007**.  Instead of filing such a motion for summary judgment before that deadline, Plaintiff

filed a Motion to Continue Summary Judgment Deadline **(D.E. No. 54)**, which this Court denied

on **September 11, 2007** (**D.E. 60**).

The deadline for filing motions for summary judgment expired on **September 10, 2007**, and so the time for this Court to consider such motions has passed.    Plaintiff has provided no legal argumentation in support of Plaintiff's Motion to Permit Plaintiffs to File Motion for Summary Judgment, nor even argumentation in support of considering this already belated motion.  Plaintiff is attempting to act as if his Motion to Continue Summary Judgment Deadline had been granted, despite this Court's denial of that motion.

THE COURT has considered the motion, memorandum, response, the reply to the response, and the other pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _19_ day of September, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record