UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-20219-CIV-MORENO**

CLAUDELLE BELFLEUR, on behalf of himself and other employees similarly situated,

    Plaintiff,

vs.

SALMAN MAINTENANCE SERVICE, INC. a Florida corporation d/b/a SALMAN LANDSCAPE SERVICES; ARBOR TECH OF MIAMI, INC., a Florida corporation; and MARIO SALMAN,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment as to Liability **(D.E. No. 62)**, filed on **September 11, 2007**.

On **June 4, 2007** this Court ordered that the final deadline for Motions for Summary Judgment was **September 10, 2007**. This was an extension from the original deadline of **June 29, 2007**. Instead of filing such a motion before the deadline, Plaintiff filed a Motion to Continue Summary Judgment Deadline (**D.E. No. 54**), which this Court denied on **September 11, 2007** (**D.E. 60**).

When a party requests an extension of a deadline, that party is not permitted to act as if the extension is granted. Until this Court granted or denied that extension, the original deadline of **September 10, 2007** remained in effect.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** as untimely.

DONE AND ORDERED in Chambers at Miami, Florida, this _19_ day of September, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record